779 P.2d 820

**Frederick Herman FISHER, Petitioner,**

v.

**SUPERIOR COURT of the State of Arizona, In and For the COUNTY OF PIMA; Honorable Bernardo Velasco, Judge of Division 11, Respondents,**

and

**The STATE of Arizona, Real Party in Interest.**

**No. 2 CA–SA 89–0074.**

Court of Appeals of Arizona, Division 2, Department A.

Oct. 2, 1989.

### ORDER

ROLL, Presiding Judge.

Motion to Quash Mandate and Extend Time for Filing Petition for Review is granted.

ORDERED: This court's mandate issued on July 20, 1989, is vacated.

FURTHER ORDERED: Petitioner is granted an extension of time to and including November 1, 1989, to file a Petition for Review.

HATHAWAY and HOWARD, JJ., concur.